1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )
                                    )
PATRICIA L. COTTON,                 )
                                    )
        Defendant/Judgment Debtor,  )
                                    )
        v.                          )
                                    )
JACKSON FOOD STORES,                )
                                    )
                    Garnishee.      )
_____)

Case No. MC17-0054RSL

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT
AND NOTICE TO DEFENDANT/
JUDGMENT DEBTOR

     This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Patricia L. Cotton, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Jackson Food Stores. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on June 8, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 9th day of June, 2017.

_MRS Lasnik_

Robert S. Lasnik
United States District Judge