The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PATRICIA COTTON,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>JACKSON FOOD STORES,<br><br>　　　　Garnishee. | NO.  2:17-cv-01044-JLR<br><br>　(2:08-CR-0420-1)<br><br>[Proposed] Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Jackson Food Stores shall return to Defendant/Judgment Debtor Patricia Cotton all funds it has withheld pursuant to the garnishment, and is thereafter relieved

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Patricia Cotton and Jackson Food Stores*, USDC#: 2:17-cv-01044-JLR/2:08-CR-00420-MJP-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

of further responsibility pursuant to this garnishment.

DATED this ~~1st~~ 2d day of August, 2017.



JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Patricia Cotton and Jackson Food Stores*, USDC#: 2:17-cv-01044-JLR/2:08-CR-00420-MJP-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970